IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM SCHWAGER, | : | Civil No. 1:18-cv-1101 |
| Plaintiff, | : | |
| v. | : | |
| JONATHAN T. and JONATHAN G., | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

**O R D E R**

Before the court for disposition is Magistrate Judge Arbuckle's report and recommendation, which recommends that Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) be granted, but that Plaintiff's complaint (Doc. 1) be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). No objections to the report and recommendation have been filed, and the deadline for filing any such objections has passed.

In considering whether to adopt the report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error).

Following an independent review of the record, the court is satisfied that the report and recommendation contains no clear error, and will therefore adopt the report recommendation. Accordingly, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation is **ADOPTED**.

2) Plaintiff's motion seeking leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

3) Plaintiff's complaint (Doc. 1) is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

4) The Clerk of Court is directed to close this file.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge

Dated: October 30, 2018